**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant REDX LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* SCOTT MALONEY, JUSTYNA MALONY, and PETER ANDREYEV,<br><br>*Plaintiffs,*<br>v.<br><br>REDX LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>*Defendants.* | Case No.: 25-6863<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN of the entry of the undersigned as counsel for Defendant, REDX LLC, in the above-entitled action. All further notices and copies of pleadings, papers, and other relevant material to this action should be directed to and served upon:

Kory Ann Ferro, Esq.
GREENSPOON MARDER LLP
1037 Raymond Blvd, Suite 900
Newark, New Jersey 07102
Tel: 732-456-8746
Fax: 732-957-2314
Email: KoryAnn.Ferro@gmlaw.com

DATED: June 3, 2025  Respectfully submitted,

*/s/ Kory Ann Ferro*
**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant REDX LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2025, I filed a true and correct copy of the foregoing with the court. The Parties may access this filing through the Court's system. In addition, a copy was served via email upon:

PEM LAW LLP
Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
1 Boland Drive, Suite 1010
West Orange, New Jersey 07052

PORZIO, BROMBERG & NEWMAN, P.C.
Vito A. Gagliardi, Jr.
Alred R. Brunetti
Sarah A. Wisniewski
100 Southgate Parkway
Morristown, New Jersey 07962
vagagliardi@pbnlaw.com

2

| | |
|---|---|
| rparikh@pemlawfirm.com<br>keinhorn@pemlawfirm.com<br>jmerejo@pemlawfirm.com | arbrunetti@pbnlaw.com<br>sawisniewski@pbnlaw.com |

*/s/ Kory Ann Ferro*
KORY ANN FERRO

61320233v1