**GreenspoonMarder** LLP

Kelly Purcaro, Partner
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Direct Fax: 732.957.2298
Email: kelly.purcaro@gmlaw.com

June 4, 2025

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    **Atlas Data Privacy Corp., et al. v. REDX LLC, et al.**
            **Case No. 1:25-cv-06863-HB**
            **Joinder in Defendants' Consolidated Motions to Dismiss**

Dear Judge Bartle:

    This firm represents Defendant REDX LLC ("REDX") in the above-referenced matter, which was recently removed to Federal Court after having only just been filed by Plaintiffs in state court on April 30, 2025. REDX seeks to join the following motions:

(1) The Consolidated Motion to Dismiss based upon constitutional challenges to Daniel's Law, which was previously filed on June 10, 2024 under Dkt. Nos. 27 and 54 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Case No. 1:24-cv-04105-HB. While REDX understands that the Court denied such Motion on November 26, 2024, REDX seeks to join the currently pending appeal of such decision. *See, e.g.*, *Atlas Data Privacy Corporation, et al. v. US Data Corporation, et al.*, Case No. 1:24-cv-07324-HB at Dkt. No. 21 (denying Motion); Dkt. No. 22 (certifying decision to the Third Circuit); and Dkt. No. 32 (granting petition to appeal).

(2) The currently pending Consolidated Motion to Dismiss pursuant to *Fed. R. Civ. P.* 30(b)(6), which was filed under Dkt. Nos. 59 and 72 in the action captioned as *Atlas Data Privacy Corp. v. DM Group Inc.,* Case No. 24-cv-04075-HB. *See* Dkt. No. 72 at p. 36, n. 36, which notes REDX's request to join such briefing. For the reasons set forth in such Motion, REDX respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Honorable Harvey Bartle III, U.S.D.J.
June 4, 2025
Page No. 2

    Please advise if anything further is needed from REDX to join the aforementioned Motions. We appreciate Your Honor's time and attention to this matter.

                                    Respectfully submitted,

                                    KELLY PURCARO