UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:    September 12, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**    FRANCESCA DI BELLA

**TITLE OF CASE:**                    **DOCKET NO.:** 25-6863 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
REDX, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

                                        s/Lawrence Macstravic
                                        Deputy Clerk

Time Commenced:    11:08a.m.    Time Adjourned:    11:09a.m.    Total Time in Court: 0:01