**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com
*Attorneys for Defendant REDX LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* SCOTT MALONEY, JUSTYNA MALONY, and PETER ANDREYEV,<br><br>*Plaintiffs,*<br><br>v.<br><br>REDX LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>*Defendants.* | Case No. 1:25-cv-6863-HB<br><br>Civil Action<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that on December 7, 2025 or as soon thereafter as counsel may be heard, and in accordance with the schedule set forth in the September 12, 2025 Order (Dkt. No. 12), the undersigned, attorneys for Defendant REDX LLC ("REDX"), hereby move to dismiss Plaintiff's Complaint

with prejudice pursuant to *Fed R. Civ. P.* 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support thereof, REDX shall rely upon the Memorandums of Law and accompanying support previously filed as follows: (1) the facial constitutional challenge filed on June 10, 2024 under Dkt. No. 27 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Case No. 1:24-cv-04105-HB; and (2) the *Fed. R. Civ. P.* 12(b)(6) motion filed on March 18, 2025 under Dkt. No. 59 in the action captioned as *Atlas Data Privacy Corp. v. DM Group Inc.,* Case No. 24-cv-04075-HB.

**PLEASE TAKE FURTHER NOTICE** that a *L. Civ. R.* 7.1(d)(4) Statement in Lieu of Brief is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

DATED: October 17, 2025              Respectfully submitted,

*/s/ Kory Ann Ferro*
Kory Ann Ferro, Esq.
Kelly M. Purcaro, Esq.
**GREENSPOON MARDER LLP**
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8746
KoryAnn.Ferro@gmlaw.com
Kelly.Purcaro@gmlaw.com
*Attorneys for Defendant REDX LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2025 I filed a true and correct copy of the foregoing with the Court and a copy will be served upon all Parties of record via CM/ECF.

*/s/ Kory Ann Ferro*
KORY ANN FERRO

**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com
*Attorneys for Defendant REDX LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* SCOTT MALONEY, JUSTYNA MALONY, and PETER ANDREYEV,<br><br>*Plaintiffs,*<br><br>v.<br><br>REDX LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>*Defendants.* | Case No. 1:25-cv-6863-HB<br><br>Civil Action<br><br>**LOCAL CIVIL RULE 7.1(d)(4) STATEMENT IN LIEU OF BRIEF** |

Defendant REDX LLC ("REDX"), by and through its undersigned attorneys, hereby states that no brief is necessary to support its Motion to Dismiss because, in accordance with the September 12, 2025 Order (Dkt. No. 12), REDX has incorporated by reference the following previously filed briefs: (1) the motion

to dismiss based upon facial unconstitutionality filed on June 10, 2024 under Dkt. No. 27 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Case No. 1:24-cv-04105-HB; and (2) the *Fed. R. Civ. P.* 12(b)(6) motion filed on March 18, 2025 under Dkt. No. 59 in the action captioned as *Atlas Data Privacy Corp. v. DM Group Inc.,* Case No. 24-cv-04075-HB.

DATED:  October 17, 2025               Respectfully submitted,

*/s/ Kory Ann Ferro*
Kory Ann Ferro, Esq.
Kelly M. Purcaro, Esq.
**GREENSPOON MARDER LLP**
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8746
KoryAnn.Ferro@gmlaw.com
Kelly.Purcaro@gmlaw.com
*Attorneys for Defendant REDX LLC*