| | |
|---|---|
| **PEM LAW LLP**<br>Rajiv D. Parikh, Esq. (032462005)<br>Kathleen Barnett Einhorn, Esq. (040161992)<br>Jessica A. Merejo, Esq. (288592020)<br>1 Boland Drive, Suite 101<br>West Orange, New Jersey 07052<br>Telephone: (973) 577-5500<br>Email: rparikh@pemlawfirm.com<br>       keinhorn@pemlawfirm.com<br>       jmerejo@pemlawfirm.com | **PORZIO, BROMBERG & NEWMAN, P.C.**<br>Vito A. Gagliardi, Jr., Esq. (024821989)<br>Alfred R. Brunetti, Esq. (028212002)<br>Sarah A. Wisniewski, Esq. (434562023)<br>5 Sylvan Way, Suite 110<br>Parsippany, New Jersey 07054<br>Telephone: (973) 538-4006<br>Fax: (973) 538-5146<br>Email:  vagagliardi@pbnlaw.com<br>        arbrunetti@pbnlaw.com<br>        sawisniewski@pbnlaw.com |

*Attorneys for Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Scott Maloney, Justyna Maloney, and Peter Andreyev*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,<br><br>          Plaintiffs,<br><br>v.<br><br>REDX LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>          Defendants. | Civil Action No.: 1:25-cv-06863-HB<br><br>**DOCUMENT ELECTRONICALLY FILED**<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned is admitted to practice in this court, enters his appearance as counsel for Plaintiffs Atlas Data Privacy Corporation, Scott Maloney, Justyna Maloney, and Peter Andreyev, and requests that all papers in this action be served upon the undersigned at the address set forth below.

Dated: March 11, 2026

10195616

2

**PORZIO, BROMBERG & NEWMAN, P.C.**

By: <u>  s/Alfred R. Brunetti           </u>
     Alfred R. Brunetti
5 Sylvan Way, Suite 110
Parsippany, New Jersey 07054
Tel: 973-538-4006
Email: arbrunetti@pbnlaw.com
*Attorneys for Plaintiffs Atlas Data Privacy Corporation, Scott Maloney, Justyna Maloney, and Peter Andreyev*

2

10195616