**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8734 or 8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com
*Attorneys for REDX LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al, <br><br> *Plaintiff,* <br><br> v. <br><br> REDX LLC, RICHARD ROES 1-10, fictitious names of unknown individuals, and ABC COMPANIES 1-10, fictitious names of unknown entities, <br><br> *Defendants.* | Case No.: 1:25-cv-06863 <br><br> Civil Action <br><br> **ANSWER, AFFIRMATIVE DEFENSES, AND DEMAND FOR JURY TRIAL** |

Defendant REDX LLC ("REDX"), by and through its undersigned counsel, hereby timely responds to the Complaint filed by Plaintiffs, Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, Scott Maloney, Justyna Maloney, and Peter Andreyev ("Plaintiffs"). The headings and Paragraph numbers below correspond to the Paragraphs contained in the Complaint.

## **INTRODUCTION**

1.      REDX denies that it is one of the alleged "uncooperative profit-seeking data brokers" as described in Paragraph 1 of the Complaint. REDX is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1 of the Complaint and accordingly denies the allegations.

2.      REDX denies that it is one of the alleged companies "without sufficient regard for the risks and consequences imposed upon individuals who serve critical judicial and law enforcement roles" as described in Paragraph 2 of the Complaint. REDX is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2 of the Complaint and accordingly denies the allegations.

3.      REDX denies that it is a "data broker" or that it "wantonly and repeatedly disregard[s] the law" or "demonstrate[s] a callousness towards the well-being of those who serve" as described in Paragraph 3 of the Complaint.  REDX is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 3 of the Complaint and accordingly denies the allegations.

4.      REDX admits that Plaintiffs filed this action. REDX is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 4 of the Complaint and accordingly denies the allegations.

## BACKGROUND

### Passage of Daniel's Law in New Jersey

5. REDX admits the allegations contained in Paragraph 5 of the Complaint.

6. REDX admits the allegations contained in Paragraph 6 of the Complaint.

7. REDX denies that it is a "data broker" as described in Paragraph 7 of the Complaint.

### New Jersey Passes Daniel's Law in 2020

8. REDX admits that Daniel's Law is codified in *N.J.S.A.* 47:1a-1, *et seq.* and *N.J.S.A.* 56:9-166.1 and such statute speaks for itself and is the best evidence of its contents. REDX is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 8 of the Complaint and denies same to the extent they incorrectly state a conclusion of law.

9. REDX admits that Daniel's Law is codified in *N.J.S.A.* 47:1a-1, *et seq.* and *N.J.S.A.* 56:9-166.1 and such statute speaks for itself and is the best evidence of its contents. REDX is without knowledge or information sufficient to form a

belief as to the truth of the remaining allegations contained in Paragraph 9 of the Complaint and denies same to the extent they incorrectly state a conclusion of law.

10.    REDX admits that Daniel's Law is codified in *N.J.S.A.* 47:1a-1, *et seq.* and *N.J.S.A.* 56:9-166.1 and such statute speaks for itself and is the best evidence of its contents. REDX is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 10 of the Complaint and denies same to the extent they incorrectly state a conclusion of law.

11.    REDX admits that Daniel's Law is codified in *N.J.S.A.* 47:1a-1, *et seq.* and *N.J.S.A.* 56:9-166.1 and such statute speaks for itself and is the best evidence of its contents. REDX is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 11 of the Complaint and denies same to the extent they incorrectly state a conclusion of law.

**Congress Passes Daniel Anderl Judicial Security and Privacy Act in 2022**

12.    REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint.

13.    REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint.

14.    REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint.

**Violence Against Police Officers and Judges Has Not Stopped**

15.    REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint.

16.    REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint.

17.    REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint.

## THE PARTIES

**The Individual Plaintiffs**

18.    REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint.

19.    REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the Complaint.

20.    REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20.

21.    REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint and accordingly leaves Plaintiffs to their proofs.

22.    REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of the Complaint accordingly leaves Plaintiffs to their proofs.

**Plaintiff Atlas and its Assignors**

23.    REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint and accordingly leaves Plaintiffs to their proofs.

24.    REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint and denies same.

25.    REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint and accordingly leaves Plaintiffs to their proofs.

26.    REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Complaint and accordingly leaves Plaintiffs to their proofs.

27.    REDX denies the allegations contained in Paragraph 27 of the Complaint.

28.    REDX denies the allegations contained in Paragraph 28 of the Complaint.

6

29. REDX denies the allegations contained in Paragraph 29 of the Complaint.

30. REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of the Complaint and accordingly denies the allegations.

31. REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the Complaint and accordingly denies the allegations.

32. REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of the Complaint and accordingly denies the allegations.

33. REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint and accordingly denies the allegations.

34. REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of the Complaint and accordingly denies the allegations.

35. REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the Complaint and accordingly denies the allegations.

36.   REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Complaint and accordingly denies the allegations.

37.   REDX denies the allegations contained in Paragraph 37 of the Complaint.

**Defendants**

38.   REDX denies the allegations contained in Paragraph 38 of the Complaint.

39.   REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of the Complaint as it references unidentified "Richard Roe" individuals and "ABC Companies."  To the extent Paragraph 39 contends that employees of REDX were engaged in any wrongdoing, REDX denies same.

40.   REDX admits it engages in business activities, in part through redx.com.  REDX denies the remaining allegations contained in Paragraph 40 of the Complaint.

41.   REDX denies that the characterizations of services alleged in Paragraph 41 of this Complaint apply to REDX and further denies that REDX violated Daniel's Law.

8

42.   Paragraph 42 of the Complaint constitutes legal conclusions, statements, and characterizations to which no response is required.

## JURISDICTION AND VENUE

43.   Paragraph 43 of the Complaint constitutes legal conclusions, statements, and characterizations to which no response is required. To the extent a response is required, REDX denies that state court, where the Complaint was filed had jurisdiction, which is why the matter was properly removed to federal court.

44.   Paragraph 44 of the Complaint constitutes legal conclusions, statements, and characterizations to which no response is required. To the extent a response is required, REDX denies the allegations in Paragraph 44 of the Complaint as venue in Union County was not proper resulting in the removal of this matter from state court to federal court.

## FACTS COMMON TO ALL COUNTS

45.   Paragraph 45 of the Complaint constitutes legal conclusions, statements, and characterizations to which no response is required.  To the extent a response is required, REDX admits that Daniel's Law is codified in *N.J.S.A.* 47:1a-1, *et seq.* and *N.J.S.A.* 56:9-166.1.

46.   Paragraph 46 of the Complaint constitutes legal conclusions, statements, and characterizations to which no response is required.  To the extent

9

a response is required, REDX denies the allegations contained in Paragraph 46 of the Complaint to the extent they incorrectly state a conclusion of law.

47. Paragraph 47 of the Complaint constitutes legal conclusions, statements, and characterizations to which no response is required. To the extent a response is required, REDX denies the allegations contained in Paragraph 47 of the Complaint to the extent they incorrectly state a conclusion of law.

48. Paragraph 48 of the Complaint constitutes legal conclusions, statements, and characterizations to which no response is required. To the extent a response is required, REDX denies the allegations contained in Paragraph 48 of the Complaint to the extent they incorrectly state a conclusion of law.

49. Paragraph 49 of the Complaint constitutes legal conclusions, statements, and characterizations to which no response is required. To the extent a response is required, REDX denies the allegations contained in Paragraph 49 of the Complaint to the extent they incorrectly state a conclusion of law.

50. Paragraph 50 of the Complaint constitutes legal conclusions, statements, and characterizations to which no response is required. To the extent a response is required, REDX denies the allegations contained in Paragraph 50 of the Complaint to the extent they incorrectly state a conclusion of law.

51. Paragraph 51 of the Complaint constitutes legal conclusions, statements, and characterizations to which no response is required. To the extent

a response is required, REDX denies the allegations contained in Paragraph 51 of the Complaint to the extent they incorrectly state a conclusion of law.

52.     REDX denies the allegations contained in Paragraph 52 of the Complaint.

53.     REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of the Complaint and accordingly denies the allegations.

54.     REDX denies the allegations contained in Paragraph 54 of the Complaint.

55.     REDX denies the allegations contained in Paragraph 55 of the Complaint.

56.     REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of the Complaint and accordingly denies the allegations.

57.     REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of the Complaint and accordingly denies the allegations.

58.     REDX is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of the Complaint and accordingly denies the allegations.

## COUNT ONE
### (Daniel's Law)

59.    REDX repeats, realleges, and incorporates by reference each of the preceding paragraphs of this Answer as if fully set forth herein.

60.    REDX denies the allegations contained in Paragraph 60 of the Complaint.

61.    Paragraph 61 of the Complaint constitutes legal conclusions, statements, and characterizations to which no response is required.  To the extent a response is required, REDX denies the allegations contained in Paragraph 61 of the Complaint to the extent they incorrectly state a conclusion of law.

62.    REDX denies the allegations contained in Paragraph 62 of the Complaint.

63.    REDX denies the allegations contained in Paragraph 63 of the Complaint.

64.    REDX denies the allegations contained in Paragraph 64 of the Complaint.

65.    REDX denies the allegations contained in Paragraph 65 of the Complaint.

**WHEREFORE**, REDX demands judgment against Plaintiffs dismissing their Complaint with prejudice, awarding REDX attorneys' fees and costs and granting such other and further relief as the Court deems just and proper.

As to any part of the Complaint not specifically admitted, denied, or discussed with respect to REDX, REDX hereby denies said allegations, including, but not limited to, any allegations contained in the Complaint's preamble, headings, subheadings, and wherefore clauses. Furthermore, any averments in the Complaint to which no responsive pleadings are capable or required shall be deemed denied.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiffs, REDX pleads the following affirmative defenses to Plaintiffs' Complaint:

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, for failure to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable Statute of Limitations.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited because Plaintiffs lack standing to bring this action as Plaintiffs have not suffered the requisite harm required to confer standing under Article III of the United States

13

Constitution.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited because Plaintiffs' lack standing to bring the claims by way of assignment and/or as noncovered persons.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited because any alleged wrongdoing by REDX, which REDX denies, was caused by mistake. Indeed, REDX acted reasonably and in good faith at all material times based on all relevant facts and circumstances known by it at the time it acted.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited by the doctrine of estoppel.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited by the doctrine of waiver.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited because the subject alleged speech constitute commercial speech protected by the First

Amendment of the United States Constitution and the imposition of liability for such protected speech violates the First Amendment rights of the speaker.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited by the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited because Plaintiffs failed to mitigate their damages. While REDX denies it has violated Daniel's Law and denies that Plaintiffs sustained damages, recovery (if any) should be reduced in proportion to Plaintiffs' failure to mitigate such damages.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited because Plaintiffs seek impermissible liquidated damages.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited because the alleged requests were sent for an improper purpose, and in an effort to manufacture and pursue litigation on a massive group action basis, not to seek compensation for damages suffered, as contemplated by statute.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited by the doctrine

of unjust enrichment.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited because the alleged damages Plaintiffs seek were caused in whole or in part by the acts or omissions or intervening and superseding acts of negligence or intentional conduct on the part of persons or entities over whom REDX has neither control nor right of control and for whose actions REDX is not liable.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited because the statutory damages provisions of the law are excessive fines and/or are grossly disproportionate to any actual harm that may have been suffered. Accordingly, such statutory damages provisions violate the United States Constitution.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited by the Communications Decency Act.  *See* 47 U.S.C. § 230 *et seq.*

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited as violative of the United States Constitution as applied to REDX.

16

### EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims for injunctive relief fail or otherwise are barred, in whole or in part, or are limited because there is neither continuing harm nor immediate danger to Plaintiffs as REDX does not provide "people search" services.

### NINETEENTH AFFIRMATIVE DEFENSE

REDX did not owe a duty to Plaintiffs.

### TWENTIETH AFFIRMATIVE DEFENSE

REDX did not breach any legal duty owed to Plaintiffs.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

REDX was not the actual or proximate cause of the damages claimed by Plaintiffs.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

The claims against REDX are barred by the doctrines of comparative and/or contributory negligence.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

Public policy prohibits recovery by Plaintiffs against REDX.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' allegations are barred by the common law doctrine of impossibility of performance.

17

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, or are limited because Atlas failed to provide full and complete information to their users regarding REDX and its services during the opt-out and/or assignment process resulting in improper opt-out requests based on misinformation and incomplete information and/or invalid assignments.

## TWENTY-SIXTH AFFIRMATIVE DEFENSES

Plaintiffs' claims for punitive damages fail or otherwise are barred, in whole or in part, or are limited because REDX did not engage in any acts or omissions actuated by actual malice or accompanied by a wanton and willful disregard of persons who foreseeably might be harmed by those acts or omissions.  In addition, the award of such damages would violate REDX's rights under the Constitutions of the State of New Jersey and the United States of America.

## RESERVATION OF RIGHTS

REDX expressly reserves the right to amend or add to its affirmative defenses upon discovery of additional information or evidence or as justice so requires.

REDX expressly reserves the right to amend or add to its responsive pleading, upon discovery of additional information or evidence or as justice so requires, specifically to add counterclaims, third-party claims, and/or additional

parties at or before the time to be set by the Court through the *Fed. R. Civ. P.* 16 Conference and related *Fed. R. Civ. P.* 26 report and subsequent order(s).

**WHEREFORE**, REDX demands judgment against Plaintiffs dismissing their Complaint with prejudice, awarding REDX attorneys' fees and costs and granting such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

REDX hereby demands a trial by jury on all issues as provided by *Fed. R. Civ. P.* 38(b) and *L. Civ. R.* 38.1.

DATED: May 11, 2026                    Respectfully submitted,

**GREENSPOON MARDER LLP**
*Attorneys for Defendant*
*REDX LLC*

*/s/ Kelly M. Purcaro*
Kelly M. Purcaro, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I filed a true and correct copy of the foregoing with the court and a copy will be served upon all parties of record via CM/ECF.

*/s/ Kelly M. Purcaro*
Kelly M. Purcaro, Esq.

65439296v1

19